IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-10565

Summary Calendar
_____

I S NDATAH,

Plaintiff-Appellant

versus

JACK COX, SR; TENNELL ATKINS; RODNEY DEBAUN; GARY WITHERSPOON;
CATHERINE WITHERSPOON; GEORGE DAY; JESSE E THOMPSON; WINSTON SCOTT
MCINTOSH; ROBERT GILGORE; CHRIS KNABEL; ASIF BUTT; COLIN DEVALLY;
RODERICK BEMMINGS; GLENN FENECH; JERRY COLLIVER; MOHAMMED EL HUJJ
ABRAHAM; H C PASRAM; FILDMENO CARDOSO; DJONDO MESSAN KOFFL; BOBBIE
COON; CHERYL PHILLIPS; SHARON DUNCAN also known as Lee Lewalling;
DANA ALHAWAJ, also known as Dana Jones; BROADMOOR APARTMENTS;
OAKPARK APARTMENTS; AIRCRAFT INSURANCE; DALLAS JET CENTER INC;
ARLINGTON JET CENTER INC

Defendants-Appellees

_____

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CV-309-X
_____

June 9, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Ndatah appeals the district court's dismissal of his civil
rights and RICO claims. The district court dismissed Ndatah's RICO
and constitutional claims as frivolous under 28 U.S.C. §

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1915(e)(2)(B)(i). We review a dismissal under that provision for abuse of discretion. *See Siglar v. Hightower*, 112 F.3d 191, 193 (5th Cir. 1997). After a careful review of the record, we are persuaded that the district court did not abuse its discretion in dismissing Ndatah's civil rights and RICO claims.

AFFIRMED.